**United States District Court**
Eastern District of Missouri
111 S. 10th Street, Rm.3.300
St. Louis, Missouri 63102

**James G. Woodward**
**Clerk of Court**

Phone: 314-244-7900

IN RE: THE BUSINESS OF THE COURT

# ORDER

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to forward the following foreign passport to Immigration and Customs Enforcement - Attn. Glenn Triveine, Field Office Director, 101 W. Congress Pkwy., Suite 4000, Chicago, IL 60605.

| **Defendant Name** | **Passport Number** | **Case Number** | **JCC Date** |
| --- | --- | --- | --- |
| Rose Thiongo | A368668 | 4:08-cr-00317-ERW-2 | 05/08/2009 |

Dated this  29th  day of May, 2009.

Carol E. Jackson
United States District Judge